IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Cynthia Mees,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 11 C 5724 |
| | ) | |
| **Zimmer, Inc., et al,** | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), the above cause is dismissed in its entirety without prejudice. The parties shall bear their own costs to date in this suit.

ENTER:

Dated: February 24, 2015

_____
REBECCA R. PALLMEYER
United States District Judge